## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the ___4th___ day of August, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Jeffrey P. Wasserman, Esquire
*Ciconte, Roseman & Wasserman*
1300 King Street
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)